## UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-2254**

_____

NETER EL-BEY,

　　　　　　Plaintiff - Appellant,

　　v.

CITY OF NEWPORT NEWS,

　　　　　　Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.　Raymond A. Jackson, District Judge.　(4:15-cv-00096-RAJ-RJK)

_____

Submitted:　March 29, 2016　　　　　Decided:　March 31, 2016

_____

Before GREGORY and DUNCAN, Circuit Judges, and DAVIS, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Neter El-Bey, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Neter El-Bey appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. El-Bey v. City of Newport News, No. 4:15-cv-00096-RAJ-RJK (E.D. Va. Sept. 15, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED